IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:18-cv-313

DENNIS JAMES MORGAN, JR. AND
BRENDA THOMAS,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE CO., AN
ILLINOIS CORPORATION,

    Defendant.

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant, Allstate Property and Casualty Insurance Co., an Illinois Corporation (hereinafter "Defendant") hereby removes this action from the Superior Court of Buncombe County to the United states District Court for the Western District of North Carolina.

## I. NATURE OF ACTION

1. On or about September 26, 2018, Dennis James Morgan, Jr. and Brenda Thomas (hereinafter "Plaintiffs"), filed in the Superior Court of Buncombe County a Complaint against Defendant alleging claims for breach of contract, Unfair and Deceptive Trade Practices, bad faith, coast and other extra-contractual damages. *Complaint, (generally) ¶¶ 3-15*.

2. This matter arises from an insurance claim made by Plaintiffs pursuant to a policy of automobile insurance issued to Plaintiffs by Defendant as a result of the alleged theft of Plaintiffs' 2015 Nissan Altima, VIN#1N4AL3AP9FC160089. *Complaint, ¶ 6*.

## II. NOTICE OF REMOVAL IS TIMELY

3. Defendant was served with a copy of the Summons and Complaint on October 1, 2018.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely as it was filed within 30 days of service of process on Defendant. "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …" 28 U.S.C. § 1446(b) (1996).

## III. FEDERAL JURISDICTION EXISTS

5. Pursuant to 28 U.S.C. § 1332(a), as set forth below, complete diversity exists and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, this Court has federal diversity jurisdiction over this civil action. *See* 28 U.S.C. § 1332(a) (2005).

**A.     Complete Diversity Exists Between Plaintiff and Defendant**

6. Plaintiffs in this action are citizens and residents of Buncombe County, North Carolina. *Complaint, ¶ 1.*

7. Defendant is a corporation formed and existing under the laws of the State of Illinois which was doing business in the State of North Carolina. *Complaint, ¶ 2.*

8. Plaintiffs are citizens and residents of North Carolina while Defendant is an Illinois corporation such that complete diversity exists between the parties.

**B.     The Amount in Controversy Exceeds $75,000.00, Exclusive of Interest and Costs.**

9. Plaintiffs seek compensatory, treble, and punitive damages as well as costs as a result of the Defendant's alleged wrongful conduct.

10. In the Complaint, Plaintiffs contend that as a result of the Defendant's alleged wrongful conduct, they are entitled to recover damages, including, but not limited to, the following:

    a. An amount in excess of $25,000.00 in compensatory damages;

    b. Damages for unfair and deceptive trade practices pursuant to N.C. Gen. Stat. § 75-16;

    c. Attorney fees from Defendant for unfair and deceptive trade practices pursuant to N.C. Gen. Stat. § 75-16.1;

    d. Punitive damages in excess of $25,000.00;

    e. Costs and attorney fees.

*Complaint, Prayer for Relief*.

11. Given the nature of Plaintiffs' claim coupled with Plaintiffs' request for compensatory, treble and punitive damages, it is clear the relief Plaintiffs seek in this action exceeds $75,000.00

### IV. REMOVAL TO THIS DISTRICT COURT IS PROPER

12. Venue is proper in the United States District Court for the Western District of North Carolina because the Superior Court of Buncombe County, North Carolina sits within this federal district. See, 28 U.S.C. § 1446(a); 28 U.S.C. § 1391(a) (2002).

### V. CONSENT AND REMOVAL REQUIREMENTS

13. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served to date upon Defendant in this matter are attached hereto as Exhibit "A".

14. All Defendant(s) consent to this Notice of Removal and join in the same.

15. This Notice of Removal will promptly be served on Plaintiffs, and a notice of its filing will be promptly filed with the Clerk of Superior Court of Buncombe County, North Carolina, pursuant to 28 U.S.C. § 1446(d).

## VI. RESERVATION OF RIGHTS

16. Defendant hereby reserves any and all rights to assert any defenses to Plaintiffs' Complaint.

17. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant, Allstate Property and Casualty Insurance Co., an Illinois Corporation, by and through undersigned counsel, hereby give notice that the above-entitled matter has been timely removed to this Court.

This the 30th day of October, 2018.

/s/ John T. Jeffries _____
John T. Jeffries (Bar #22134)
Attorney for Defendant
McAngus, Goudelock and Courie, PLLC
Post Office Box 30307
Charlotte, North Carolina 28230
Phone: 707-643-6303
Fax: 704-643-2376
jjeffries@mgclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date above, I electronically filed the foregoing with the Clerk of Court using CM/ECF system; and I hereby certify that on that same date, I served the foregoing via U.S. Mail upon:

>Eugene W. Ellison
>Law Office of Eugene W. Eillison
>203 Executive Park
>Asheville, North Carolina  28801

>/s/ John T. Jeffries_____
>John T. Jeffries